IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALIUNAA BAYARAA<br><br>    Plaintiff,<br><br>v.<br><br>BOLLING AFB CLEANERS, INC., et al.<br><br>    Defendants. | Case No. 17-cv-00934-JEB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action against all Defendants *without prejudice*, Plaintiff to bear her own costs and attorneys' fees.

Date: August 7, 2017

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*